(1) Defendant

IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: |
| | ) | 18 U.S.C. § 922(g)(1) |
| vs. | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(e) |
| **SEALING ENVELOPE** | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| | | **INDICTMENT** |

A True BILL

[redacted]

FOREPERSON

The within Indictment was received by the Court at 9:54 a.m./p.m. on September 16, 2020, and sealed by the Court. Bench Warrants are to be immediately issued and turned over to the United States Marshal Service for service. When a named defendant is arrested, the United States Attorney is authorized to disclose the Indictment to the appropriate United States Magistrate and the defendant. **All Bench Warrants and any documents related to service are to be issued under seal.**

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

Greenville, South Carolina
September 16, 2020

ON MOTION TO SEAL

PETER M. McCOY, JR.
UNITED STATES ATTORNEY

By: [signature] for Chris Taylor
Christopher D. Taylor
Assistant United States Attorney