IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 1:20-cr-554 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER FOR BENCH WARRANT** |
| **JOSE MANUEL SERRANO, a/k/a Joey** | ) | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, as requested by the United States Attorney. Amount and conditions of bond to be set by the Judicial Officer before whom the defendant initially appears.

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina

DATED: September 16, 2020.

I SO MOVE:

PETER M. McCOY, JR.
UNITED STATES ATTORNEY

By: Chris D. Taylor
Christopher D. Taylor
Assistant U.S. Attorney