IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 1:20-cr-554 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSE MANUEL SERRANO, a/k/a "Joey" | ) | |

**MOTION TO UNSEAL INDICTMENT**

Comes now the United States of America, by and through its undersigned counsel, and respectfully moves this Court for leave to unseal the Indictment in this case.

On September 16, 2020, a federal grand jury returned a one-count Indictment charging JOSE MANUEL SERRANO, a/k/a "Joey," with felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1). The Indictment was thereafter file under seal. ECF No. 3. The Government now moves this Court to unseal the Indictment pursuant to the Government's Motion to Dismiss.

Respectfully submitted,

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

By: s/Christopher D. Taylor
Christopher D. Taylor (Fed. ID # 11956)
Assistant U.S. Attorney
United States Attorney's Office
1441 Main Street, Suite 500
Columbia, South Carolina
Office 803-929-3000
chris.taylor2@usdoj.gov

March__, 2025