IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 1:20-cr-554 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSE MANUEL SERRANO, a/k/a "Joey" | ) | |

**MOTION TO DISMISS INDICTMENT**

Comes now the United States of America, by and through its undersigned counsel, and respectfully moves this Court pursuant to Fed. R. Crim. P. 48 for leave to dismiss the Indictment pending against JOSE MANUEL SERRANO, a/k/a "Joey," in this case with prejudice; and in support of this motion, avers as follows:

On September 16, 2020, a federal grand jury returned a one-count Indictment charging JOSE MANUEL SERRANO, a/k/a "Joey." with felon in possession of ammunition in violation of 18 U.S.C. § 922(g)(1). The Government was recently made aware that evidence in this case was inadvertently destroyed by the Aiken Department of Public Safety. Without this evidence, the Government's ability to prove the case beyond a reasonable doubt is seriously undermined.

Accordingly, the Government moves to dismiss the charge now pending against JOSE MANUEL SERRANO, a/k/a "Joey," with prejudice.

[*SIGNATURE PAGE TO FOLLOW*]

Respectfully submitted,

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

By: *s/Christopher D. Taylor*
Christopher D. Taylor (Fed. ID # 11956)
Assistant U.S. Attorney
United States Attorney's Office
1441 Main Street, Suite 500
Columbia, South Carolina
Office 803-929-3000
chris.taylor2@usdoj.gov

March_12, 2025