IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:20-cr-554 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSE MANUEL SERRANO, a/k/a "Joey" | ) | |

**ORDER ON MOTION TO DISMISS INDICTMENT**

The United States of America moves this Court pursuant to Fed. R. Crim. P. 48 for leave to dismiss the charge pending against JOSE MANUEL SERRANO, a/k/a "Joey," in this case with prejudice.

On September 16, 2020, a federal grand jury returned a one-count Indictment charging JOSE MANUEL SERRANO, a/k/a "Joey," with felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1). The Government avers that evidence in this case was inadvertently destroyed by the Aiken Department of Public Safety. Without this evidence, the Government further states that its ability to prove the case beyond a reasonable doubt is seriously undermined.

Accordingly, for good cause shown, the Court hereby dismisses the Indictment with prejudice.

**IT IS SO ORDERED.**

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATE DISTRICT JUDGE

March 20, 2025

Columbia, South Carolina.